Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CODY J. HOEFS, ) | NO. 20-CV-05173 RAJ |
| Plaintiff, ) | |
| ) | EXHIBIT 1 TO RESPONSE TO |
| vs. ) | DEFENDANT'S MOTION TO |
| ) | DISMISS |
| SIG SAUER INC. ) | |
| Defendants. ) | |

See attached.

DATED THIS 19th day of April, 2021.

HESTER LAW GROUP, INC., P.S.
Attorneys for Plaintiff


By:  s/ Brett A. Purtzer
Brett A. Purtzer
WSB# 17283

---

EXHIBIT 1 TO RESPONSE TO DEFENDANT'S MOTION TO DISMISS - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157



SIGSAUER CUSTOM SHOP SERVICE ORDER

RMA Number: 2203142
Contact Name: CODY HOEFS
City:                State:        Zip Code:
Daytime Phone: 253448-7348
Service Type: Repair

**Customer Request or Comments (Description of problem or service requested):**
ATTN: GREG GOSSELIN, CUST HAD AN AD WHEN HOLSTERING HIS 320. HIS LEG WAS SHOT. PLEASE DO A THOROUGH INSPECTION OF PISTOL AND ITS SAFETY FEATURES, HE'S SURE HE DID NOT PULL THE TRIGGER ACCIDENTALLY BUT HE WOULD LIKE THE PISTOL LOOKED AT

**Product/Material Description & Quantities Expected:**
Serial #: 58B037694
Date Received: 12-DEC-16
GunsmithName: AYOUNG
Disposition:
Status: Completed

**Gunsmith Comments:**
Inspected pistol upon arrival.
Weighed trigger pull as it was received using a NRA regulated scale system. The trigger pull was 6 1/2 lbs.
Performed function test to confirm that all safety features were operating properly. Pistol passed function test.
Disassembled pistol completely for a 100% inspection of all internal parts and found that the pistol met all factory specifications.
Reassembled pistol with all original parts and lubricated to factory specificaitons.
Test fired 100 rounds (50 rounds of Winchester White Box 165 grain FMJ and 50 rounds of Speer LE Gold Dot 155 grain GDHP) using the customers magazine sent in with the pistol. No malfunctions were encountered during test firing.
As a courtesy, the pistol was cleaned and lubricated to factory specifications after test firing.

| Item | Quantity | Total Cost |
|---|---|---|
|  |  | Grand Total: 0.00 |

Date Shipped: 2016/12/15 00:00:00

SigSauer Inc. 18 Industrial Drive, EXETER, NH 03833 - PH. 603 772 2302 FAX. 603 772 9082 .www.sigsauer.com

EXHIBIT 1

## CERTIFICATE OF SERVICE

Kathy Herbstler, hereby certifies under penalty of perjury under the laws of the State of Washington, that on the day set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendant and hereby certify that I have emailed the document to plaintiff pursuant to agreement.

Signed at Tacoma, Washington this 19th day of April, 2021.

/s Kathy Herbstler
Kathy Herbstler

HESTER LAW GROUP, INC. P.S.
1008 South Yakima, #302
Tacoma, WA 98405
253-272-2157
253-572-1441 fax
kathy@hesterlawgroup.com