HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CODY J. HOEFS,

        Plaintiff,

v.

SIG SAUER INC.,

        Defendant.

No.: 3:20-cv-05173-RAJ

ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by Plaintiff and Defendant Sig Sauer Inc. to dismiss this action, including any and all claims, by and among the parties hereto with prejudice and without costs and/or attorney fees to any party, and the Court being fully advised, it is hereby ORDERED as follows:

This case is hereby dismissed with prejudice and without costs or attorney fees reserving to Plaintiffs their claims against all other parties.

DATED this 28th day of July 2023.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1

**Bullivant|Houser|Bailey PC**
2400 Westlake Office Tower
1601 Fifth Avenue
Seattle, WA 98101-1618
Telephone: (206) 292-8930